**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GREEN TREE SERVICING MORTGAGE
CO.

                v.

GENNARO RAUSO, AS MARK
FERRERI'S AND TRI STATE
INVESTMENTS 1, LLC'S, ASSIGNEE

PETITION OF: GENNARO RAUSO AS
TRI STATE INVESTMENTS 1 LLC'S
ASSIGNEE

: No. 29 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal and Motion to Consolidate with 30 MAL 2016  is **DENIED**.